UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:07-CV-00168

| | |
|---|---|
| BELK, INC. and  <br> BELK INTERNATIONAL, INC.  <br> Plaintiffs,  <br>  <br> v.  <br>  <br> MEYER CORPORATION, U.S., and  <br> MEYER INTELLECTUAL PROPERTIES  <br> LIMITED,  <br>  <br> Defendants. | **ORDER** |

This matter is before the Court on Defendants Meyer Corporation, U.S., and Meyer Intellectual Properties Limited Motion for Admission *Pro Hac Vice* of Edward J. Naughton, pursuant to Local Rule 83.1(B) of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Edward J. Naughton of the firm of Holland & Knight LLP, is a member in good standing of the Bars of Massachusetts, Maryland and the District of Columbia, and is admitted to practice in the United States District Court for the District of Massachusetts, United States District Court for the District of Connecticut, the United States Court of Appeals for the First Circuit, and the United States Court of Appeals for the federal Circuit.

It further appears that Mr. Naughton has associated Andrew S. Chamberlin of the Guilford County, North Carolina bar and Alex J. Hagan of the Wake County, North Carolina bar as local counsel.

IT IS THEREFORE ORDERED that Edward J. Naughton be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited.

In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Naughton paid the admission fee of One Hundred and no/100 Dollars ($100.00) to the Clerk of Court at the time of filing the associated Motion.

Signed: July 26, 2007

David C. Keesler
United States Magistrate Judge