UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:07-CV-00168

| | |
|---|---|
| BELK, INC. and<br>BELK INTERNATIONAL, INC.<br>　　　　Plaintiffs,<br><br>v.<br><br>MEYER CORPORATION, U.S., and<br>MEYER INTELLECTUAL PROPERTIES<br>LIMITED,<br>　　　　Defendants. | **ORDER** |

This matter is before the Court on Defendants Meyer Corporation, U.S., and Meyer Intellectual Properties Limited Motion for Admission *Pro Hac Vice* of Gillian Rattray, pursuant to Local Rule 83.1(B) of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Gillian Rattray of the firm of Holland & Knight LLP, is a member in good standing of the State Bar of California, and is admitted to practice in the Superior Court of Los Angeles County, Superior Court of Alameda County, the United States District Court of the Central District of California, and the United States District Court for the Northern District of California.

It further appears that Ms. Rattray has associated Andrew S. Chamberlin of the Guilford County, North Carolina bar and Alex J. Hagan of the Wake County, North Carolina bar as local counsel.

IT IS THEREFORE ORDERED that Gillian Rattray be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited.

In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Ms. Rattray paid the admission fee of One Hundred and no/100 Dollars ($100.00) to the Clerk of Court at the time of filing the associated Motion.

Signed: August 2, 2007

David C. Keesler
United States Magistrate Judge