# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-168-DCK

| | |
|---|---|
| BELK, INC. and BELK INTERNATIONAL, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MEYER CORPORATION, U.S., and MEYER INTELLECTUAL PROPERTIES LIMITED, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there are motions ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status and Motions Hearing, on **November 8, 2007**, prepared to discuss the status of this case and to argue any pending motions. The Court, in its discretion, may also conduct an initial pretrial conference at this hearing and review the parties' proposed discovery plan. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**SO ORDERED**.

Signed: October 9, 2007

David C. Keesler
United States Magistrate Judge