IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:07-cv-00168-DCK

| | |
|---|---|
| BELK, INC. and BELK INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED, <br><br> Defendants. | **ORDER** |

This matter is before the Court on Defendants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited's Motion for Admission *Pro Hac Vice* of Dean A. Dickie, pursuant to Local Rule 83.1(B) of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Dean A. Dickie of the firm of Dykema Gossett PLLC, is a member in good standing of the bars of the States of Illinois and Michigan and is admitted to practice before the United States Supreme Court, United States Courts of Appeals for the Fifth and Seventh Circuits, and United States District Courts for the District of Colorado, Northern District of Illinois, and Eastern District of Michigan.

It further appears that Mr. Dickie has associated Andrew S. Chamberlin of the Guilford County, North Carolina bar and Alex J. Hagan of the Wake County, North Carolina bar as local counsel.

IT IS THEREFORE ORDERED that Dean A. Dickie be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendants Meyer

Corporation, U.S. and Meyer Intellectual Properties Limited.

In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Dickie paid the admission fee of Two Hundred Fifty and no/100 Dollars ($250.00) to the Clerk of Court at the time of filing the associated Motion.

IT IS ORDERED.

Signed: April 8, 2008

David C. Keesler
United States Magistrate Judge