## EXHIBIT LIST

1.      Belk's First Set of Requests for Documents and Production of Things on Meyer dated April 14, 2008

2.      Belk's First Set of Interrogatories on Meyer dated April 23, 2008

3.      Meyer's Responses to Belk's Request for Production of Documents and Things dated May 20, 2008

4.      Meyer's First Set of Interrogatories on Belk

5.      Belk's Responses to Meyer's First Set of Interrogatories

6.      E-mail dated June 19, 2008 from W. Thad Adams, III to Dean Dickie

7.      E-mail dated July 14, 2008 from W. Thad Adams,III to Renée Zipprich

8.      Belk's Notice of Deposition of Defendants Pursuant to Fed. R. Civ. P. 30(B)(6)

9.      Belk's Amended Notice of Deposition of Defendants Pursuant to Fed. R. Civ. P. 30(B)(6)

10.     E-mail dated July 28, 2008 from Renée L. Zipprich to W. Thad Adams, III

11.     E-mail dated July 29, 2008 from W. Thad Adams, III to Renée L. Zipprich

12.     Cease and desist letter dated April 5, 2007 from Dean Luca Krause of Meyer Corporation to Ross Pitts of Belk, Inc.

13.     Case Summary/Civil Docket for Case No. 2:06-cv-00615-WBS-KJM, *Meyer Corporation U.S. et al. v. Calphalon Corp.*