**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-168-DCK**

| | |
|---|---|
| BELK, INC. and BELK INTERNATIONAL, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MEYER CORPORATION, U.S., and MEYER ) <br> INTELLECTUAL PROPERTIES LIMITED, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER COMES BEFORE THE COURT** on the "Joint Motion To Extend Discovery Deadlines" (Document No. 116) filed October 16, 2008. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is now ripe for disposition.

Having carefully considered the motion, and noting that the parties have consented thereto, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend Discovery Deadlines" (Document No. 116) is **GRANTED**. The discovery deadlines in the above-captioned proceeding are hereby extended as follows:

| | |
|---|---|
| 12/15/08 | Supplementations to Expert Witness Reports pursuant to Rule 26(e) |
| 12/15/08 | Discovery and Mediation Deadline |
| 1/15/09 | Motions Deadline (excluding motions to continue and motions *in limine*) |

Signed: October 16, 2008

David C. Keesler
United States Magistrate Judge