**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-168-DCK**

| | |
|---|---|
| BELK, INC. and BELK INTERNATIONAL, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MEYER CORPORATION, U.S., and MEYER ) <br> INTELLECTUAL PROPERTIES LIMITED, ) <br> ) <br> Defendants. ) <br> _____) | **ORDER** |

    **THIS MATTER COMES BEFORE THE COURT** on the "Consent Motion For Extension Of Time To Complete Mediation" (Document No. 129) filed December 16, 2008. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is now ripe for disposition.

    Having carefully considered the motion, and noting that the parties have consented thereto, the undersigned will grant the motion.

    **IT IS, THEREFORE, ORDERED** that the "Consent Motion For Extension Of Time To Complete Mediation" (Document No. 129) is **GRANTED**. Accordingly, the Parties are hereby granted an extension up to and including **January 21, 2009**, in which to complete mediation.

    Signed: December 16, 2008

    David C. Keesler
    United States Magistrate Judge