# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL NO. 3:07-CV-168-RJC-DCK

| | | |
|---|---|---|
| **BELK, INC., and BELK INTERNATIONAL, INC.,** | ) ) ) | |
| **Plaintiffs,** | ) | **ORDER** |
| **v.** | ) ) | |
| **MEYER CORPORATION, U.S., and MEYER INTELLECTUAL PROPERTY LIMITED,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiffs Belk, Inc. and Belk International, Inc.'s Motion for Scheduling Order"(Document No. 159). The Defendants consent to this request. This matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.A. § 636(b)(1)(A) and is ripe for review. Having fully considered the record, the undersigned will **<u>grant</u>** the motion as follows:

The Plaintiffs request a hearing date for three motions currently pending before the court, including the Plaintiffs' "Motion for Summary Judgment." (Document No. 136). Plaintiffs indicate that their counsel will be out of state in late May for a conference. Accordingly, the Court will set a hearing on the next motions day after the May conference dates. An order setting the date for oral argument will issue separately hereafter.

**IT IS THEREFORE ORDERED** that the "Plaintiffs Belk, Inc. and Belk International, Inc.'s Motion for Scheduling Order"(Document No. 159) is **GRANTED**.

**IT IS SO ORDERED**.

Signed: April 28, 2009

David C. Keesler
United States Magistrate Judge