**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:07-CV-168-DCK**

| | |
|---|---|
| BELK, INC. and BELK INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MEYER CORPORATION, U.S., and MEYER ) | |
| INTELLECTUAL PROPERTIES LIMITED, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there is a motion ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status and Motions Hearing, on **June 16, 2009**, prepared to discuss the status of this case and to argue the pending motion for summary judgment. The Clerk will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS SO ORDERED**.

Signed: May 5, 2009

David C. Keesler
United States Magistrate Judge