IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:07-cv-00168

| | |
|---|---|
| BELK, INC. and BELK INTERNATIONAL, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED, <br><br>Defendants. | **ORDER** |

This matter is before the Court on Defendants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited's Motion for Admission *Pro Hac Vice* of Katharine N. Dunn, pursuant to Local Rule 83.1(B) of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Katharine N. Dunn of the firm of Miller, Canfield, Paddock and Stone, P.L.C., is a member in good standing of the Bar of the State of Illinois and is admitted to practice in Illinois.

It further appears that Ms. Dunn has associated Andrew S. Chamberlin of the Guilford County, North Carolina bar and Alex J. Hagan of the Wake County, North Carolina bar as local counsel. In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Ms. Dunn paid the admission fee of Two Hundred Fifty and no/100 Dollars ($250.00) to the Clerk of Court.

**IT IS THEREFORE ORDERED** that Katharine N. Dunn be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendants Meyer

Corporation, U.S. and Meyer Intellectual Properties Limited.

**SO ORDERED**.   Signed: December 16, 2009

David S. Cayer
United States Magistrate Judge