***Belk, Inc., et al. v. Meyer Corporation, U.S., et al.,***
Case No. 3:07-CV-168

## UPDATED DEFENDANTS' TRIAL EXHIBIT LIST[1234]

| Exhibit No. | Description | Stipulation – Authenticity | Stipulation – Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| D-1 | Meyer cookware ads from "The Gourmet Retailer" 5/01 | | | | | |
| D-2 | Internet website printout showing Anolon cookware line offered for sale 8/1/01 | | | | | |
| D-3 | Meyer cookware ads from "The Gourmet Retailer" 9/01 | | | | | |
| D-4 | Letter to Assistant Commissioner for Trademarks from Lanahan & Reilley dated 9/6/02 | | | | | |
| D-5 | Proposal Anolon and Michael Chiraello 3/10/03 | | | | | |
| D-6 | Meyer Corporation & Belk Presentation (11/18/03) | | | | | |
| D-7 | Blue Painters' Tape Likelihood of Confusion Survey | | | | | |
| D-8 | Meyer's design patent D493,061 | | | | | |

---

[1] **Defendants expressly reserve the right to supplement and amend this Exhibit List, including demonstrative exhibits. Defendants further reserve the right to use any exhibit listed by Plaintiffs in Plaintiffs' exhibit list during the trial of this matter.**

[2] **Defendants further reserve the right to supplement any exhibits subject to motions in limine pending ruling on any such motions.**

[3] **Defendants further reserve the right to supplement and amend this Exhibit List to include any documents used during any depositions of Hy Cite Corporation witnesses; and to supplement and amend this Exhibit List to include any other documents that may be necessary to clarify, explain, or that otherwise flow from any testimony or exhibits which become the subject of any Hy Cite Corporation production or deposition testimony.**

[4] **Defendants further reserve the right to use as an exhibit at trial any exhibit used in any deposition taken in this matter.**

Defendants' Trial Exhibit List – Page 1

| Exhibit No. | Description | Stipulation – Authenticity | Stipulation – Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| D-9 | Meyer's design patent D497,513 | | | | | |
| D-10 | Belk Responses of 3/8/05 | | | | | |
| D-11 | Meyer's design patent D505,046 | | | | | |
| D-12 | Licensing Agreement between Biltmore and Belk dated 6/27/05 | | | | | |
| D-13 | Emails to and from Rosebrock dated 6/28/05, 7/5/05, 2/28/06, 7/18/07 | | | | | |
| D-14 | Meyer's design patent D507,931 | | | | | |
| D-15 | Meyer Corporation & Belk Presentation (8/04/05) | | | | | |
| D-16 | Snoozies tags | | | | | |
| D-17 | Emails from Kelly to Lee dated 11/2/05 | | | | | |
| D-18 | Emails to and from Kelly dated 11/3/05 and 11/2/05 | | | | | |
| D-19 | Email from Kelly dated 12/28/05 | | | | | |
| D-20 | Emails to and from Kelly dated 12/29/05 | | | | | |
| D-21 | Email to and from Kelly and Lee dated 1/4/06; 12/30/05; 12/29/05; 12/28/05 | | | | | |
| D-22 | Biltmore notes regarding Belk cookware dated 2/17/06 | | | | | |
| D-23 | Email from Vander Voort to Restaino dated 2/17/06 | | | | | |
| D-24 | News Release "Biltmore Estate and Belk Partner to Offer Branded Products" dated 3/1/06 | | | | | |
| D-25 | Email from Kelly to Lee dated 3/2/06 | | | | | |
| D-26 | Emails to and from Kelly dated 3/27/06 | | | | | |

Defendants' Trial Exhibit List – Page 2

| Exhibit No. | Description | Stipulation – Authenticity | Stipulation – Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| D-27 | Emails to and from Kelly, Lee, Dimartino dated 4/4/06 | | | | | |
| D-28 | Emails to and from Kelly and Lee dated 4/14/06; 4/13/06; 4/12/06; 3/30/06; 3/29/06 | | | | | |
| D-29 | Style Performance August 2006 – December 2008, Projected January 2009 thru March 2009 for Biltmore Estate | | | | | |
| D-30 | Emails to and from Kelly, Parks Beard dated 8/7/06 | | | | | |
| D-31 | Emails to and from Kelly, Lee, Ho, Chang dated 8/10/06; 7/3/06; 6/30/06; 6/28/06; 6/27/06 | | | | | |
| D-32 | Email from Kelly to Edwards dated 12/20/06 | | | | | |
| D-33 | 3/4/07 Belk ads | | | | | |
| D-34 | Letter from Krause to Ross Pitts dated 4/5/07 | | | | | |
| D-35 | Email from Leung to Spivey dated 5/9/07 | | | | | |
| D-36 | Meyer Fall 2007 Belk Meeting Presentation dated 6/26/07 | | | | | |
| D-37 | Email from Wong to Brummell dated 7/4/07 | | | | | |
| D-38 | Emails to and from Kelly and Lee dated 9/28/07 and 9/27/07 | | | | | |
| D-39 | Standard & Poor's Report on Ni Hsin Resources dated 12/10/07 | | | | | |
| D-40 | Belk, Inc. 10-K for the fiscal year ended 2/2/08 | | | | | |

| Exhibit No. | Description | Stipulation – Authenticity | Stipulation – Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| D-41 | Photographs of the Bonanza showroom | | | | | |
| D-42 | Email from Bank to Abrahamson dated 3/9/08 | | | | | |
| D-43 | Biltmore 10-pc Stainless Set and Open Stock sales report (dated 4/21/08) | | | | | |
| D-44 | Pictures of Snoozies | | | | | |
| D-45 | Email from Bank to Abrahamson dated 4/28/08 | | | | | |
| D-46 | Email from Abrahamson to Bank dated 5/1/08 | | | | | |
| D-47 | Email from Bank to Abrahamson dated 5/7/08 | | | | | |
| D-48 | Email from Bank to Abrahamson dated 5/27/08 | | | | | |
| D-49 | Biltmore For Your Home website printouts (printed 5/30/08) | | | | | |
| D-50 | Emails to and from Enns and Dupont (dated 6/20/08-8/29/08) | | | | | |
| D-51 | Sales from August 6, 2006 thru June 26, 2008 | | | | | |
| D-52 | Invoice from Dupont to Enns dated 7/18/08 | | | | | |
| D-53 | Emails to and from Holmes and Bank dated 7/29/08 | | | | | |
| D-54 | Invoice from Dupont to Enns dated 8/25/08 | | | | | |
| D-55 | Cookware study by Didow | | | | | |
| D-56 | Report of Cobb & Associates, Ltd. | | | | | |

| Exhibit No. | Description | Stipulation – Authenticity | Stipulation – Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| D-57 | Article from Cookware Manufacturers Association website (printed 10/28/08) | | | | | |
| D-58 | Belk, Inc. 10-Q filed for the quarterly period ended 11/1/08 | | | | | |
| D-59 | Email from Bank to Abrahamson, Tyson dated 11/23/08 | | | | | |
| D-60 | Sales report, week ending 11/29/08 | | | | | |
| D-61 | Belk, Inc. Reports Third Quarter Operating Results (News Release dated 12/3/08) | | | | | |
| D-62 | Email from Bruton to info@snooziesforyou.com dated 12/4/08 | | | | | |
| D-63 | Email from Bank to Abrahamson, Tyson dated 12/12/08 | | | | | |
| D-64 | 12/22/08 News and Observer article | | | | | |
| D-65 | 12/22/08 News and Observer article | | | | | |
| D-66 | Email from Bank to Abrahamson, Tyson dated 12/22/08 | | | | | |
| D-67 | Belk.com website printouts of Biltmore For Your Home 10pc Stainless, Tri-ply and Copper Cookware Sets (printed 9/29/08) | | | | | |
| D-68 | Bank's design patent for slipper D598,183 | | | | | |
| D-69 | Sales report, week ending 11/17/09 | | | | | |
| D-70 | ISP statistics pages for www.snoozies.com (printed 1/8/10) | | | | | |

| Exhibit No. | Description | Stipulation – Authenticity | Stipulation – Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| D-71 | Complaint and exhibits to the complaint filed in *Buyer's Direct Inc. v. Belk, Inc. and Belk International, Inc.*, No. 5:10-cv-00065-H (E.D.N.C.) | | | | | |
| D-72 | Bonanza Metalware Limited's statement dated 4/20/10 | | | | | |
| D-73 | Snoozie ads | | | | | |
| D-74 | Pictures of Biltmore Estate cookware | | | | | |
| D-75 | Macys.com and amazon.com website printouts (Anolon cookware) | | | | | |
| D-76 | Meyer.com website printouts | | | | | |
| D-77 | Anolon.com website printouts | | | | | |
| D-78 | Detailed order commitment | | | | | |
| D-79 | Patent printout of Snoozies | | | | | |
| D-80 | Snoozies product, peace sign (demonstrative exhibit) | | | | | |
| D-81 | Footsies product, peace sign (demonstrative exhibit) | | | | | |
| D-82 | Snoozies product, leopard print (demonstrative exhibit) | | | | | |
| D-83 | Footsies product, leopard print (demonstrative exhibit) | | | | | |
| D-84 | Snoozies product, dog paw print (demonstrative exhibit) | | | | | |
| D-85 | Footsies product, dog paw print (demonstrative exhibit) | | | | | |
| D-86 | Snoozies product, zebra print (demonstrative exhibit) | | | | | |
| D-87 | Footsies product, zebra print (demonstrative exhibit) | | | | | |

| Exhibit No. | Description | Stipulation – Authenticity | Stipulation – Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| D-88 | Footsies product, paint splatter (demonstrative exhibit) | | | | | |
| D-89 | Web site ad for Footsies | | | | | |
| D-90 | Web site ad, zoomed out | | | | | |
| D-91 | Web site ad for Snoozies | | | | | |
| D-92 | Photographs of cookware components | | | | | |
| D-93 | Photograph of cookware handles | | | | | |
| D-94 | Photographs of Biltmore cookware | | | | | |
| D-95 | Front cover to Biltmore cookware booklet | | | | | |
| D-96 | Biltmore cookware information | | | | | |
| D-97 | Photograph showing cookware handle | | | | | |
| D-98 | Photograph showing cookware handle | | | | | |
| D-99 | Photograph showing cookware lid - 21 | | | | | |
| D-100 | Photograph showing cookware handle | | | | | |
| D-101 | Belk's Sales Information | | | | | |
| D-102 | Thum Suden's presentation "Private Brands" | | | | | |
| D-103 | Biltmore Estate cookware and recipe booklet | | | | | |
| D-104 | Pictures of handles | | | | | |
| D-105 | Pictures of handles | | | | | |
| D-106 | Photograph showing cookware | | | | | |
| D-107 | Photograph showing handles | | | | | |
| D-108 | Belk Home – Food Prep Approvals and sketch details for Biltmore Estate cookware | | | | | |

| Exhibit No. | Description | Stipulation – Authenticity | Stipulation – Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| D-109 | Time schedule for #8270201 – 10 pc cookware set | | | | | |
| D-110 | Retail Box for 10-piece Biltmore For Your Home Cookware Set | | | | | |
| D-111 | Picture of Anolon cookware | | | | | |
| D-112 | Meyer standard prices and 2002 sales order history | | | | | |
| D-113 | Picture of cookware | | | | | |
| D-114 | Picture of Anolon handle | | | | | |
| D-115 | Drawings of the handle | | | | | |
| D-116 | Anolon sell sheet/ad | | | | | |
| D-117 | Cookware ad | | | | | |
| D-118 | White Binder with Case Documentation | | | | | |
| D-119 | Belk Timeline | | | | | |
| D-120 | Photograph of cookware | | | | | |
| D-121 | Photographs of cookware | | | | | |
| D-122 | Emails to and from Rosebrock and Thum Suden dated 3/10-8/05 | | | | | |
| D-123 | Photographs of cookware | | | | | |
| D-124 | Biltmore Bistro Chef Interview | | | | | |
| D-125 | Newspaper Article "Belk still in a legal stew with cookware firm" | | | | | |
| D-126 | Photograph of utensils | | | | | |
| D-127 | Cookware study screener | | | | | |
| D-128 | Picture of cookware | | | | | |
| D-129 | Portion of The Gourmet Retailer 2001 Holiday Gift Guide | | | | | |
| D-130 | Anolon cookware (demonstrative exhibit)* | | | | | |

* **Defendants will supply relevant SKU numbers.**

Defendants' Trial Exhibit List – Page 8

| Exhibit No. | Description | Stipulation – Authenticity | Stipulation – Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| D-131 | Biltmore Estate cookware (demonstrative exhibit)* | | | | | |
| D-132 | Pages from trademark application for Anolon handle | | | | | |
| D-133 | Article "From Meyer: Non Stick Pots OK to Stick in Dishwashers" | | | | | |
| D-134 | Ad from eBay | | | | | |
| D-135 | Pages from JR's Royal Prestige website | | | | | |
| D-136 | Letter from Dean Krause to Sue Breedlove/Golden Gate Capital owns Lexicon and its "Olympia" line of cookware infringes MIP design patent only Hy Cite authorized to use dated 4/23/07 | | | | | |
| D-137 | Photo of Olympia Cookware from www.cocinaolympia.com website dated 4/17/07 | | | | | |
| D-138 | Settlement Agreement between Lexicon Marketing and Meyer Intellectual Properties Limited (7/12/07) | | | | | |
| D-139 | Hy Cite Corporation website - home page (captured 4/6/2010) | | | | | |
| D-140 | Hy Cite Corporation website – Products Page (captured 4/6/2010) | | | | | |
| D-141 | Royal Prestige website (several pages) (captured 4/6/2010) | | | | | |
| D-142 | Royal Prestige Color Catalog – April 2009 & July 2009 | | | | | |