**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| BELK, INC., and<br>BELK INTERNATIONAL, INC.<br><br>       Plaintiffs,<br><br>    v.<br><br>MEYER CORPORATION, U.S., and<br>MEYER INTELLECTUAL PROPERTIES<br>LIMITED<br><br>       Defendants. | Civil Action. No. 3:07-cv-00168 |

**ORDER**

ON MOTION by Plaintiffs Belk, Inc. and Belk International, Inc. ("Belk") for approval of a supersedeas bond and a stay of execution on the Judgment entered in this case on June 8, 2010, and it appearing to the Court that the Bond tendered by Belk in the amount of $1,386,000.00 is proper in form and content and is adequate to secure the entire amount of the Judgment, plus interest and costs, while this matter is under appeal or other post-trial review:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

The supersedeas bond in the amount of $1,386,000.00 tendered to the Court for review is approved.

Execution on the Judgment entered in this action on June 8, 2010 is hereby stayed during the pendency of the appeal and any other post-trial review.

**SO ORDERED.**

Signed: June 18, 2010

David S. Cayer
United States Magistrate Judge